United States District Court
Southern District of Texas
**ENTERED**
July 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OLGA JASSO<br>  Plaintiff, | § § § | |
| vs. | § § | Civil Action No. 1:15-cv-203 |
| STATE FARM LLOYDS,<br>  Defendant. | § § § | |

### ORDER

The Court, after considering Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice under Rule 41(a)(2), finds that Plaintiff's Motion should be GRANTED. It is, therefore,

ORDERED that Plaintiff Olga Jasso's claims for 1) negligence; 2) negligent misrepresentation; 3) money had/received; and 4) unjust enrichment are dismissed without prejudice.

SIGNED this 18th day of July 2017.

_____
JUDGE PRESIDING

Respectfully submitted,

**DAVIS LAW GROUP**

By:     /s/ *Joshua P. Davis*
Joshua P. Davis
State Bar No. 24055379
Federal Bar No. 1109971
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100/Phone
(713) 337-4101 /Fax
*josh@thejdfirm.com*
**Attorney-in-charge for Plaintiff**

**RAMON WORTHINGTON, PLLC**

By: /s/ Dan K. Worthington w/p KJR
Dan K. Worthington
State Bar No. 00785282
Federal Bar No. 15353
900 Kerria Ave.
McAllen, Texas 78501
(956) 294-4800.Phone
*dworthington@ramonworthington.com*
**Attorney-in-charge for Plaintiff**