United States District Court
Southern District of Texas
**ENTERED**
April 30, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OLGA JASSO,<br>　Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:15-cv-203 |
| | § | |
| STATE FARM LLOYDS,<br>　Defendant. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before this Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 47) in the above-referenced civil action. No objections have been filed by Olga Jasso (hereafter "Plaintiff"). After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that "Defendant State Farm Lloyd's Supplemental Motion for Partial Summary Judgment" (Docket No. 40) is hereby **GRANTED**. For the purpose of clarity, Plaintiff's breach of contract claim against Defendant remains.

Signed on this 30th day of April, 2018.

Rolando Olvera
United States District Judge